**Rafael Garcia ORTIZ, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27170.**

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

## PER CURIAM.

The offense is driving while intoxicated; the punishment, a fine of $200 and thirty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review by this court.

The judgment is affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

